Dated: July 12, 2018

The following is ORDERED:





Janice D. Loyd
U.S. Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE: Travita S. Wheeler                CASE NO. 14-13677 JDL
Debtor                                    CHAPTER 13

### AGREED ORDER FOR MODIFYING CHAPTER 13 PLAN AND FOR ATTORNEY COMPENSATION

This matter comes before this Court upon Motion by Debtor to Modify Chapter 13 Plan.

Counsel represents that the motion was filed on June 19, 2018, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was July 10, 2018, which was passed with no objection thereto being served and filed. Therefore, the motion should be granted.

The Chapter 13 Trustee for the Western District of Oklahoma and the Debtor have reached the following stipulation and agreement regarding the Motion to Modify and resolving Trustee's Motion to Dismiss:

1. That the Debtor filed a Motion to Modify her Chapter 13 plan on June 19, 2018.

2. That no party objected to said Motion.

3. That the Debtor's payment plan shall be decreased for the months of July 2018, August 2018 and September 2018 to $500.00 per month then increase to $1,415.00 beginning October 2018.

4. That for the months of July 2018, August 2018 and September 2018, the Debtor will pay the basic monthly mortgage payment directly to MidFirst Bank for a trial loan modification plan.

5. To provide the Trustee shall not pay regular continuing monthly mortgage payments to MidFirst Bank for the months of August 2018, September 2018 and October 2018.

6. That Debtors' attorney is awarded a non-base legal fee of $450.00 to be paid at a rate of $50.00 per month.

**All findings of fact are based upon representation of counsel for debtor.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED.

###

APPROVED FOR ENTRY:

/s/ Reese Allen
Reese Allen, OBA #215
10300 Greenbriar Place
Oklahoma City, OK 73159
(405) 691-2555
(405) 691-5172 fax
reesallen@aol.com
Attorney for Debtor, Travita Wheeler


/s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
321 Dean A. McGee Ave.
P.O. Box 1948
Oklahoma City, OK 73101-1948
13trustee@chp13okc.com
(405)236-4843
(405)236-1004 (fax)
Attorney for Chapter 13 Trustee